

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00383-CR

**ROBERT WALTER BONNER,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. F42790

## MEMORANDUM OPINION

Robert Walter Bonner seeks to appeal the trial court's denial of his post-conviction petition for disclosure of grand jury testimony. The Clerk of this Court notified the parties that the appeal was subject to dismissal for want of jurisdiction because it did not appear that the Court had jurisdiction to address the appeal. *See Kelly v. State*, 151 S.W.3d 683 (Tex. App.—Waco 2004, no pet.). The Clerk further notified the parties that the appeal may be dismissed unless a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Bonner has filed a response in which

he concedes that the appeal should be dismissed for want of jurisdiction. Accordingly,

the appeal is dismissed.


           FELIPE REYNA
           Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed November 24, 2010
Do not publish
[CR25]